UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENDRICK C. BARFIELD,

          Plaintiff,

     v.

RYAN, et al.,

          Defendants.

Case No. 25-cv-09888-EKL

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On November 18, 2025, Kendrick C. Barfield, a *pro se* state detainee, submitted an unsigned civil rights complaint. ECF No. 1. On the same day, the Clerk of the Court sent Barfield a notice that he needed to pay the filing fee or file an application to proceed *in forma pauperis* ("IFP") within 28 days. ECF No. 2. On November 21, 2025, Barfield was also informed that he must submit a signed complaint within 28 days or his case would be dismissed. ECF No. 3. More than 28 days have passed and Barfield has not submitted a completed IFP application or submitted a signed complaint.

Accordingly, this lawsuit is DISMISSED WITHOUT PREJUDICE. Barfield may reopen this matter by filing a motion to reopen, paying the filing fee or submitting a completed IFP application, and providing a signed copy of his complaint.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: February 23, 2026

Eumi K. Lee
United States District Judge

United States District Court
Northern District of California